1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11                          ----oo0oo----

12  SHENETTA D. TONEY, an              CIV. NO. 2:15-01225 WBS AC
    individual,
13
                Plaintiff,
14  ,

15        v.

16  NEIL YOUNG; BILL ATTERBERRY,
    DOES 1 through 100,
17
                Defendants.
18  .

19

20                          ----oo0oo----

21
                    STATUS (PRETRIAL SCHEDULING) ORDER
22

23          After reviewing the parties' Joint Status Report, the

24  court hereby vacates the Status (Pretrial Scheduling) Conference

25  scheduled for October 13, 2015, and makes the following findings

26  and orders without needing to consult with the parties any

27  further.

28
                                  1

1           I.   SERVICE OF PROCESS

2           The named defendants have been served, and no further

3 service is permitted without leave of court, good cause having

4 been shown under Federal Rule of Civil Procedure 16(b).

5           II.  JOINDER OF PARTIES/AMENDMENTS

6           Defendant may file an amended answer within 30 days of

7 the date of this Order.  After that, no further joinder of

8 parties or amendments to pleadings will be permitted except with

9 leave of court, good cause having been shown under Federal Rule

10 of Civil Procedure 16(b).  See Johnson v. Mammoth Recreations,

11 Inc., 975 F.2d 604 (9th Cir. 1992).

12         III. JURISDICTION/VENUE

13           Jurisdiction is predicated upon federal question

14 jurisdiction, 28 U.S.C. 1343, because plaintiff's claims arise

15 under 42 U.S.C. 1983.  Venue is undisputed and is hereby found to

16 be proper.

17         IV.  DISCOVERY

18           The parties shall serve the initial disclosures

19 required by Federal Rule of Civil Procedure 26(a)(1) by no later

20 than November 30, 2015.

21           The parties shall disclose experts and produce reports

22 in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

23 later than August 15, 2016.  With regard to expert testimony

24 intended solely for rebuttal, those experts shall be disclosed

25 and reports produced in accordance with Federal Rule of Civil

26 Procedure 26(a)(2) on or before September 12, 2016.

27           All discovery, including depositions for preservation

28 of testimony, is left open, save and except that it shall be so

1  conducted as to be completed by October 14, 2016.  The word

2  "completed" means that all discovery shall have been conducted so

3  that all depositions have been taken and any disputes relevant to

4  discovery shall have been resolved by appropriate order if

5  necessary and, where discovery has been ordered, the order has

6  been obeyed.  All motions to compel discovery must be noticed on

7  the magistrate judge's calendar in accordance with the local

8  rules of this court and so that such motions may be heard (and

9  any resulting orders obeyed) not later than October 14, 2016.

10              V.  <u>MOTION HEARING SCHEDULE</u>

11          All motions, except motions for continuances, temporary

12  restraining orders, or other emergency applications, shall be

13  filed on or before December 5, 2016.  All motions shall be

14  noticed for the next available hearing date.  Counsel are

15  cautioned to refer to the local rules regarding the requirements

16  for noticing and opposing such motions on the court's regularly

17  scheduled law and motion calendar.

18              VI.  <u>FINAL PRETRIAL CONFERENCE</u>

19          The Final Pretrial Conference is set for February 27,

20  2017, at 2:00 p.m. in Courtroom No. 5.  The conference shall be

21  attended by at least one of the attorneys who will conduct the

22  trial for each of the parties and by any unrepresented parties.

23          Counsel for all parties are to be fully prepared for

24  trial at the time of the Pretrial Conference, with no matters

25  remaining to be accomplished except production of witnesses for

26  oral testimony.  Counsel shall file separate pretrial statements,

27  and are referred to Local Rules 281 and 282 relating to the

28  contents of and time for filing those statements.  In addition to

1  those subjects listed in Local Rule 281(b), the parties are to

2  provide the court with: (1) a plain, concise statement which

3  identifies every non-discovery motion which has been made to the

4  court, and its resolution; (2) a list of the remaining claims as

5  against each defendant; and (3) the estimated number of trial

6  days.

7       In providing the plain, concise statements of

8  undisputed facts and disputed factual issues contemplated by

9  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

10 that remain at issue, and any remaining affirmatively pled

11 defenses thereto.  If the case is to be tried to a jury, the

12 parties shall also prepare a succinct statement of the case,

13 which is appropriate for the court to read to the jury.

14      VII.  <u>TRIAL SETTING</u>

15      The jury trial is set May 2, 2017 at 9:00 a.m.  The

16 parties estimate that a jury trial will last five to seven days.

17      VIII.  <u>SETTLEMENT CONFERENCE</u>

18      A Settlement Conference will be set at the time of the

19 Pretrial Conference.  All parties should be prepared to advise

20 the court whether they will stipulate to the trial judge acting

21 as settlement judge and waive disqualification by virtue thereof.

22      Counsel are instructed to have a principal with full

23 settlement authority present at the Settlement Conference or to

24 be fully authorized to settle the matter on any terms.  At least

25 seven calendar days before the Settlement Conference counsel for

26 each party shall submit a confidential Settlement Conference

27 Statement for review by the settlement judge.  If the settlement

28 judge is not the trial judge, the Settlement Conference

4

1   Statements shall not be filed and will not otherwise be disclosed

2   to the trial judge.

3          IX.   MODIFICATIONS TO SCHEDULING ORDER

4          Any requests to modify the dates or terms of this

5   Scheduling Order, except requests to change the date of the

6   trial, may be heard and decided by the assigned Magistrate Judge.

7   All requests to change the trial date shall be heard and decided

8   only by the undersigned judge.

9   Dated:   October 7, 2015

10                              WILLIAM B. SHUBB

11                              UNITED STATES DISTRICT JUDGE

5